# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 57 WAL 2020 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| DUANE BROCK THOMAS, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.